HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of Holmes Electric Co.,<br><br>Plaintiffs,<br><br>v.<br><br>DOYON PROJECT SERVICES, LLC, et al.,<br><br>Defendants. | CASE NO. C12-5955 RBL<br><br>ORDER DENYING STIPULATION TO TRANSFER<br><br>[Dkt. #14] |

THIS MATTER is before the Court on the parties' Stipulated Motion to Transfer this case to the Seattle Division. [Dkt. # 14]. The Motion does not articulate any reason for the transfer, and does not explain why Paragraphs 7 and 8 of Plaintiff's Complaint [Dkt. #1]—which allege that the project at issue is in Pierce County and that the action is properly filed in Tacoma under Local Rule 5(e)(i)—should be disregarded. Courts in the Western District do not grant changes in venue or judges on the basis of a blanket stipulation.

\>\>

\>

ORDER DENYING STIPULATION TO
TRANSFER - 1

1  The Stipulated Motion is DENIED without prejudice.

2  IT IS SO ORDERED.

3  Dated this 9th day of January, 2013.

Ronald B. Leighton
United States District Judge

[DKT. #14] - 2