UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HOLMES ELECTRIC CO.; and HOLMES ELECTRIC CO., a Washington corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOYON PROJECT SERVICES, LLC, an Alaska limited liability company; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　　　Defendants. | Case No.  3:12-CV-05955<br><br>ORDER TRANSFERRING CASE TO SEATTLE DIVISION |

THIS MATTER having come before the Court upon the parties Stipulated Motion to Transfer Case to the Seattle Division of the U.S. District Court, Western District of Washington (Dkt. #14), and the parties Joint Motion for Reconsideration, and the Court having considered the parties' request, it is so

ORDER TRANSFERRING CASE TO
SEATTLE DIVISION – 1
129830.1 / 011768.15

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900   Fax:  (206) 287-9902

ORDERED this case shall be transferred to the Seattle Division of the U.S. District Court, Western District of Washington. The Clerk of the Court is requested to transfer the records and proceedings accordingly.

DONE IN OPEN COURT this 23rd day of January, 2013.

_____
Ronald B. Leighton
United States District Judge

ORDER TRANSFERRING CASE TO
SEATTLE DIVISION – 2
129830.1 / 011768.15

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900   Fax: (206) 287-9902