UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HOLMES ELECTRIC CO.; and HOLMES ELECTRIC CO., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOYON PROJECT SERVICES, LLC, an Alaska limited liability company; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No.  3:12-CV-05955<br><br>ORDER TRANSFERRING CASE TO SEATTLE DIVISION |

THIS MATTER having come before the Court upon the parties Stipulated Motion to Transfer Case to the Seattle Division of the U.S. District Court, Western District of Washington (Dkt. #14), and the parties Joint Motion for Reconsideration, and the Court having considered the parties' request, it is so

ORDER TRANSFERRING CASE TO
SEATTLE DIVISION – 1
129830.1 / 011768.15

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900  Fax:  (206) 287-9902

1  ORDERED this case shall be transferred to the Seattle Division of the U.S.
2  District Court, Western District of Washington. The Clerk of the Court is requested to
3  transfer the records and proceedings accordingly.
4  DONE IN OPEN COURT this 23rd day of January, 2013.

_____
Ronald B. Leighton
United States District Judge

ORDER TRANSFERRING CASE TO
SEATTLE DIVISION – 2
129830.1 / 011768.15

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900   Fax:  (206) 287-9902